**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 24-713 DHU |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. § 932(b)(3): Straw |
| | ) | Purchase of a Firearm. |
| BRITTANIA NAVAHO, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 24, 2024, in McKinley County, in the District of New Mexico, the defendant, **BRITTANIA NAVAHO**, knowingly purchased a firearm in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intended to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony.

In violation of 18 U.S.C. § 932(b)(3).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney